# IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF VIRGINIA

### (Harrisonburg Division)

| | | |
|---|---|---|
| **PITT OHIO EXPRESS, LLC, et al.** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Action No. 5:11cv59** |
| **PAT SALMON & SONS, INC., et al.** | ) | |
| **Defendants.** | ) | |

## DEFENDANTS C. BEAN TRANPORT, INC. AND WILLIAM MICHAEL FEWELL'S MOTIONS *IN LIMINE*

COME NOW Defendants C. Bean Transport, Inc. and William Michael Fewell and move *in limine* to exclude all evidence related to: (1) Safestat, C. Bean Transport, Inc.'s Safestat reports or statistics, use of the Safestat, or violations listed on Safestat; (2) C. Bean Transport, Inc.'s DOT audits or results thereof; (3) the bankruptcy of C. Bean Transport, Inc. and absence of a corporate representative at trial; and (4) opinions and testimony of Pitt Ohio's expert, Steven W. Rickard. In support thereof Defendants submit and incorporate by reference its Memorandum in Support of its Motions *in Limine*.

C. BEAN TRANSPORT, INC.
WILIAM MICHAEL FEWELL
By counsel

_/s/  **Rebecca L. Dannenberg**_
Rebecca L. Dannenberg
VA Bar No.: 46787
Attorney for C. Bean Transport, Inc., and William
Michael Fewell
FRANKLIN & PROKOPIK, P.C.
2325 Dulles Corner Blvd., Suite 1150
Herndon, Virginia 20171
Telephone:      (703) 793-1800
Facsimile:       (703) 793-0298
rdannenberg@fandpnet.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 29th day of May, 2012, that I served via electronic filing and

U.S. Mail, postage pre-paid, a copy of the foregoing and all referenced documents to counsel

indicated below:

David W. Hearn, Esquire
Justin Wright Ward, Esquire
SANDS ANDERSON PC
1111 East Main Street, Suite 2400
Richmond, VA 23219-1998
dhearn@sandsanderson.com
jward@sandsanderson.com

Michael Nerone, Esquire
Pion Johnston
1500 One Gateway Center
Pittsburgh, PA 15222
mnerone@pionjohnston.com
*Counsel for Plaintiffs*

Joseph F. Cunningham, Esquire
Joshua Hoffman, Esquire
CUNNINGHAM & ASSOCIATES, PLC
1600 Wilson Boulevard, Suite 1008
Arlington, VA 22209
jcunningham@cunninghamlawyers.com
jhoffman@cunninghamlawyers.com
 *Counsel for Defendants Pat Salmon & Sons, Inc. and John Josep*h Banik

*/s/  Rebecca L. Dannenberg*
Rebecca L. Dannenberg
VA Bar No.: 46787
Attorney for C. Bean Transport, Inc., and
William Michael Fewell
FRANKLIN & PROKOPIK, P.C.
2325 Dulles Corner Blvd., Suite 1150
Herndon, Virginia 20171
Telephone:      (703) 793-1800
Facsimile:      (703) 793-0298
rdannenberg@fandpnet.com